**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                    **4:12CR00292 JMM**

**JEREMIE DUKES**

<u>**ORDER**</u>

Pending is the Government's Motion to Dismiss Indictment.  For good cause shown the

Motion to Dismiss (Docket # 23) is GRANTED.  The indictment against Mr. Dukes is

dismissed.  The jury trial scheduled for May 6, 2013 is cancelled.

IT IS SO ORDERED this 1st day of May, 2013.


_____
James M. Moody
United States District Judge